# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| RICHARD KENNETH SANFORD AND DORA SANFORD )<br>  )<br>         **Plaintiffs,**  )<br>  )<br>vs.  )<br>  )<br>BUSCO, INC., d/b/a ARROW STAGE LINES  )<br>  )<br>         **Defendant.**  ) | No. 4:20-cv-38 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Busco Inc., d/b/a Arrow Stage Lines ("Busco") files this notice of removal. As grounds for removal, Busco states as follows:

1. Busco is a defendant in a civil action pending in the Iowa District Court for Polk County entitled *Richard Kenneth Sanford and Dora Sanford v. Busco, Inc. d/b/a Arrow Stage Lines,* Cause No. LACL146972 (the "State Court Action").

2. The State Court Action was commenced on January 16, 2020. As such, this notice of removal is timely filed under 28 U.S.C. § 1446(b) because it is within 30 days of receipt of the initial pleading setting forth the claim for relief.

3. The State Court Petition includes claims for relief under state law, and the State Court Action is a civil action which is properly removable to this Court by Busco as defendant.

4. This Court has original jurisdiction over this matter under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties in this matter and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Busco states the following pursuant to LR 81(f):

   a. While the State Court Petition does not specify the precise amount in controversy, the State Court Action was not filed under Iowa R. Civ. P. 1.281 (providing expedited procedures for cases with damages not exceeding $75,000) and Plaintiff's counsel declines to stipulate that the amount sought does not exceed $75,000, exclusive of interest and costs.

   b. Regarding the Plaintiffs' citizenship, the state court Petition alleges at ¶ 1 that Plaintiffs Richard and Dora Sanford were residents of Polk County, Iowa.

   c. Regarding Defendant Busco's citizenship; it is incorporated in the state of Nebraska and its principle place of business is in East Norfolk, Nebraska.

  5. Busco hereby removes this action to the United States District Court for the Southern District of Iowa, Central Division.  Removal to this Court is proper pursuant to 28 U.S.C. § 1441(a) because this district and division embrace the place where the State Court Action is pending.

  6. Pursuant to Local Rule 81, Busco files contemporaneously with this Notice of Removal:  (1) copies of all process, pleadings, orders, and other papers filed in the state court; (2) a list of all matters pending in the state court that will require resolution by this Court; (3) the names of counsel and law firms that have appeared in the state court, with their office addresses, telephone numbers, facsimile numbers, e-mail addresses (if available), and the names of the parties they represent; and (4) an original and one copy of a properly completed civil cover sheet.

  7. Busco will promptly give adverse parties written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).

8. Busco will promptly file a copy of this Notice of Removal with the Clerk of the District Court of the State of Iowa, Polk County, where the action is currently pending, also pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Busco, Inc. d/b/a Arrow Stage Lines, hereby removes the action entitled "*Richard Kenneth Sanford and Dora Sanford v. Busco, Inc. d/b/a Arrow Stage Lines*", Cause No. LACL146972 in the Iowa District Court for Polk County, to the United States District Court for the Southern District of Iowa, Central Division.

/s/ *Philip A. Burian*
PHILIP A. BURIAN AT0001284
*Simmons Perrine Moyer Bergman PLC*
115 Third Street SE, Suite 1200
Cedar Rapids, IA  52401
Phone: 319-366-7641
Facsimile: 319-366-1917
pburian@simmonsperrine.com

ATTORNEYS FOR DEFENDANT
BUSCO INC

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2020. I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following counsel of record for Plaintiff:

Stephen D. Lombardi  sdlombardi@aol.com
Katrina M. Phillip katrina.phillip8@gmail.com

*/s/ Philip A. Burian*
Philip A. Burian