IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| RICHARD KENNETH SANFORD AND DORA SANFORD, <br>     Plaintiffs, <br><br> vs. <br><br> BUSCO, INC., d/b/a ARROW STAGE LINES, <br>     Defendant. | LAW NO: _____ <br><br><br> LAW ORIGINAL NOTICE |
|---|---|

TO THE ABOVE-NAMED DEFENDANT:

    You are hereby notified that a petition has been filed in the office of the Clerk of the above Court, naming you as defendant in this action. A copy of the petition is attached to this notice. The Plaintiff's attorney is Stephen D. Lombardi, and/or Katrina M. Phillip, Lombardi Law Firm, 5000 Westown Parkway, Suite 440, West Des Moines, Iowa 50266. The attorney's phone number is (515) 222-1110; facsimile (515) 222-0718.

    You must serve a motion or answer within twenty (20) days after service of this Original Notice upon you, and within a reasonable time thereafter, file a motion or answer with the Clerk of Court for Polk County, at the county courthouse in Des Moines, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition.

    If you require the assistance of auxiliary aides or services to participate in court because of a disability, immediately call your district ADA coordinator at 1-515-286-3843; if you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

                                                                       _____
                                                                       Clerk of Court
                                                                       Polk County Courthouse
                                                                       Des Moines, Iowa

**IMPORTANT**
YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

# STATE OF IOWA JUDICIARY

Case No. LACL146972

County Polk

Case Title  RICHARD AND DORA SANFORD VS BUSCO INC

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(515) 286-3394**  .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued  01/22/2020 08:07:56 AM



District Clerk of Polk                County

/s/ Christine Simonsen

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| RICHARD KENNETH SANFORD AND DORA SANFORD,<br>Plaintiffs,<br><br>vs.<br><br>BUSCO, INC., d/b/a ARROW STAGE LINES,<br>Defendant. | LAW NO: _____<br><br>PETITION AT LAW and JURY DEMAND |
|---|---|

COME NOW THE PLAINTIFFS, Richard Kenneth Sanford and Dora Sanford, and for cause of action against the Defendant, Busco Inc., d/b/a Arrow Stage Lines, states the following:

### PARTIES, JURISDICTION AND VENUE

1. That at all times material to this matter Plaintiffs Richard and Dora Sanford were residents of Polk County, Iowa.

2. That at all times material to this matter Defendant Busco, Inc., d/b/a Arrow Stage Lines, was a business incorporated under the laws of the State of Nebraska and licensed to do business in the State of Iowa.

3. That the incident at issue in this matter occurred in Story County, Iowa.

4. That venue in Polk County is appropriate pursuant to Iowa Code § 321.507.

### COUNT I

5. That on February 5, 2018, at approximately 12:28 pm, Plaintiff, Richard Kenneth Sanford, in the course of his employment was driving a Ryder Truck, rented by his employer, Stericycle, on Interstate 35 traveling south, near Ames in Story County, Iowa.

6. That winter weather conditions existed and that between mile markers 113 and 111, several multi-vehicle accidents took place, one of which involved the vehicle driven by the Plaintiff, Richard Sanford.

7. That at said date, time, and place, Plaintiff Richard Sanford came upon vehicles that were slowing and then finally stopped because of a disabled vehicle that slid into the median guardrail, became entangled, with the back of the vehicle remaining in the southbound left lane of travel on Interstate 35.

8. That as Mr. Sanford approached the location of the disabled vehicle, he slowed and notice the semi-truck behind him had done the same and finally stopped.
9. That at said date, time, and place, the vehicles in the right lane were slowing and also coming to a stop.
10. That a semi-truck traveling directly behind Plaintiff's vehicle had come to a complete stop and had its flashing lights on.
11. That at said date, time, and place, the truck Plaintiff Richard Sanford was stopped in was struck from behind by a chain of rear-end collisions precipitated by the bus owned by Defendant Busco, Inc., d/b/a Arrow Stage Lines, and driven by Dana Clarence Easter.
12. That the truck in which Mr. Richard Sanford had been stopped in had been pushed approximately 50 feet forward from the force of the impact the bus exerted on the semi and upon Mr. Sanford's truck.
13. The driver, Dana Clarence Easter was driving extremely fast for the conditions for both the roadway, and the environment, and failed to stop, striking vehicle #2, which struck vehicles #3 and #4; the impact causing vehicle #4 to run into the rear of vehicle #5 driven by Richard Kenneth Sanford, according to the Iowa State Patrol Technical Investigative Report.
14. That Dana Easter was negligent and said negligence includes but is not limited to the following: 1) failure to remain in his lane of traffic as required by Iowa Code 321.306(1), 2) failure to keep a proper lookout, 3) failure to drive at a reasonably safe speed based on roadway conditions as required by Iowa Code 321.285, 4) failure to exercise due care, 5) failure to drive in a safe and reasonable manner as required by Iowa Code 321.285(1), 6) failure to travel at a speed allowing him to stop within an assured clear distance ahead as required by Iowa Code 321.285(1), 7) failure to proceed cautiously during winter weather conditions, 8) failure to slow his speed due to the weather conditions.
15. That pursuant to Iowa Code § 321.493(2), the negligence of the driver, Dana Easter, is imputed to the owner of the vehicle, Defendant Busco, Inc., d/b/a Arrow Stage Lines.

16. That pursuant to Iowa law, an employer is liable for the negligent acts of an employee if the acts are done in the scope of the employment. *See Bethards v. Shivvers, Inc.*, 355 N.W.2d 39 (Iowa 1984).
17. That the employer, Defendant Busco, Inc., d/b/a Arrow Stage Lines, is therefore liable for the negligent acts of its employee, Dana Easter.
18. That Plaintiff has been damaged and is entitled to fair compensation for all damages proximately caused to him. That said damages include medical expenses, permanent bodily injury, pain, suffering, emotional distress, wage loss, future medical expenses, and future damages according to the law.
19. That Defendant's negligence is the proximate cause of Plaintiff's damages.

WHEREFORE the PLAINTIFF, Richard Sanford, demands judgment against the DEFENDANTS in a fair and reasonable amount but greater than the jurisdictional limit of the Iowa District court, plus interest and the costs of this action.

## COUNT II

COMES NOW THE PLAINTIFF, Dora Sanford, and for cause of action against the Defendant states:

1. That Plaintiff Dora Sanford is the spouse of the Plaintiff Richard Sanford.
2. That Plaintiff Dora Sanford repleads paragraphs one through nineteen as if fully set forth herein.
3. That at the time of the aforesaid accident, Plaintiff Dora Sanford was married to Plaintiff Richard Sanford.
4. That under Iowa law a married spouse is liable for payment of medical bills and living expenses.
5. That Plaintiff Dora Sanford suffered a loss of support and consortium during the time Plaintiff Richard Sanford was healing from his injuries and is entitled to fair compensation in the future for loss of income, support and society.

WHEREFORE the PLAINTIFF, Dora Sanford, demands judgment against the DEFENDANT in a fair and reasonable amount but greater than the jurisdictional limit of the Iowa District court, plus interest and the costs of this action.

## JURY DEMAND

COME NOW THE PLAINTIFFS and hereby request a trial by jury.

LOMBARDI LAW FIRM

By: *[signature]*
Stephen D. Lombardi, AT0004702

By: *[signature]*
Katrina M. Phillip, AT0011709
5000 Westown Pkwy., Suite 440
West Des Moines, IA  50266
515-222-1110/F: 515-222-0718
sdlombardi@aol.com
katrina.phillip8@gmail.com
ATTORNEYS FOR THE PLAINTIFFS

Original served on:
Busco, Inc., d/b/a Arrow Stage Lines
Agent: Paul Fradd
1350 E. Washington Ave.
Des Moines, IA 50316
REGISTERED AGENT FOR DEFENDANT