IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **RICHARD KENNETH SANFORD AND DORA SANFORD** )<br>　　　　**Plaintiffs,** )<br>vs. )<br> )<br>**BUSCO, INC., d/b/a ARROW STAGE LINES** )<br>　　　　**Defendant.** ) | No. 4:20-cv-38<br><br>State Court<br>Polk County No. **LACL146972** |

## ANSWER

Defendant, Busco Inc., d/b/a Arrow Stage Lines, in answer to the State Court Petition states:

### PARTIES, JURISDICTION AND VENUE

1-3.　The allegations of ¶¶ 1 through 3 are admitted.

4.　Paragraph 4 asserts a legal conclusion to which no answer is necessary and this matter is now removed.

### COUNT I

5.　The allegations of ¶ 5 are denied for lack of information upon which to form a belief.

6.　The allegations of ¶ 6 are admitted.

7-10.　The allegations of ¶¶ 7 through 10 are denied for lack of information upon which to form a belief.

11.　Busco admits that a bus owned by it and driven by Dana Easter was involved a collision the location. The remaining allegations of ¶ 11 are denied for lack of information upon which to form a belief.

12. The allegations of ¶ 12 are denied for lack of information upon which to form a belief.

13. The Iowa State Patrol Technical Collision Investigation Report speaks for itself and the allegations of ¶ 13 are denied to the extent inconsistent with the report and the substantive description of events in ¶ 13 are denied for lack of information upon which to form a belief.

14. The allegations of ¶ 14 are denied.

15-17. Paragraphs 15 through 17 assert legal conclusions to which no response is necessary. If an answer is required, they are denied.

18-19. The allegations of ¶¶ 18 and 19 are denied.

WHEREFORE, Defendant, Busco Inc., d/b/a Arrow Stage Lines requests that the Court dismiss this case in entirety with prejudice, at Plaintiff's cost, and grant other relief that is just.

## COUNT II

1. The allegations of Count II, ¶ 1 are denied for lack of information upon which to form a belief.

2. The answers to Count I, ¶¶ 1-19 are reasserted is if fully set forth herein.

3. The allegations of Count II, ¶ 3 are denied for lack of information upon which to form a belief.

4. Count II, ¶ 4 asserts legal conclusions to which no response is necessary. If an answer is required, it is denied.

5. The allegations of Count II, ¶ 5 are denied.

WHEREFORE, Defendant, Busco Inc., d/b/a Arrow Stage Lines requests that the Court dismiss this case in entirety with prejudice, at Plaintiff's cost, and grant other relief that is just.

## AFFIRMATIVE DEFENSES

Defendant, Busco Inc., d/b/a Arrow Stage Lines asserts the following affirmative defenses.

1. Plaintiff Richard Sanford is at fault for the occurrence of the accident if the evidence so shows and said fault should be compared to any fault of the Defendant.

2. Plaintiff Richard Sanford is at fault for failing to mitigate his damages if the evidence so shows and said fault should be compared to any fault of the Defendant.

3. This Defendant reserves the right to amend or add additional affirmative defenses as they become apparent during the course of the investigation and discovery.

/s/ *Philip A. Burian*
PHILIP A. BURIAN AT0001284
*Simmons Perrine Moyer Bergman PLC*
115 Third Street SE, Suite 1200
Cedar Rapids, IA  52401
Phone: 319-366-7641
Facsimile: 319-366-1917
E-Mail: pburian@simmonsperrine.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2020. I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following counsel of record for Plaintiff:

Stephen D. Lombardi  sdlombardi@aol.com
Katrina M. Phillip katrina.phillip8@gmail.com

/s/ *Philip A. Burian*
Philip A. Burian